UNITED STATES BANKRUPTCY COURT
MIDDLE **DISTRICT OF** FLORIDA
TAMPA **DIVISION**

In re:                                               §
                                                     §
Avana Corporation                                    §          Case No. 8:16-bk-01096-MGW
                                                     §
                          Debtor                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/11/2016 . The undersigned trustee was appointed on 02/11/2016 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $        16,765.00

     Funds were disbursed in the following amounts:

     Payments made under an interim                                       0.00
     disbursement
     Administrative expenses                                         1,879.50
     Bank service fees                                                 180.71
     Other payments to creditors                                        0.00
     Non-estate funds paid to 3rd Parties                               0.00
     Exemptions paid to the debtor                                      0.00
     Other payments to the debtor                                       0.00

     Leaving a balance on hand of[1]                 $        14,704.79

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  06/20/2016  and the deadline for filing governmental claims was  08/09/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,426.50 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,426.50 , for a total compensation of $ 2,426.50 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 81.81 , for total expenses of $ 81.81 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: _11/17/2017_____    By:/s/V. JOHN BROOK, JR._____
                                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-01096 | MGW | Judge: | Michael G. Williamson | Trustee Name: | V. JOHN BROOK, JR. |

Case Name:   Avana Corporation

Date Filed (f) or Converted (c):   02/11/2016 (f)

341(a) Meeting Date:   03/16/2016

For Period Ending:   11/17/2017

Claims Bar Date:   06/20/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  FIFTH THIRD BANK | 3,149.29 | 3,149.29 | | 0.00 | FA |
| 2.  INVENTORY | 85,966.92 | 85,966.92 | | 9,265.00 | FA |
| 3.  CIVIL THEFT CLAIM AGAINST BANK OF AMERICA | 36,000.00 | 36,000.00 | | 0.00 | FA |
| 4.  CIVIL THEFT CLAIM AGAINST BROWN & ROOKS | 210,000.00 | 210,000.00 | | 0.00 | FA |
| 5.  Avana name & intangible assets of corporation (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $335,116.21          $342,616.21                          $16,765.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DIVERTED MAIL-REUESTED ADDITIONAL INFORMATION FROM MELODY GENSON-HIRED DAVID McEWEN-PREPARING  LAWSUIT AGAINST BANK OF AMERICA AND TWO PRINCIPALS OF CORPORATION-HIRED BAY AREA AUCTION-SOLD  INVENTORY-COMPLAINT FILED 8/25/16 AGAINST STEVEN G. BROWN-EXXON LIGHTING; DBM IN FINAL STAGE OF SETTLEMENT TALKS WITH ATTORNEY FOR 2 DEFENDANTS 3/7/17-HEARING ON COMPROMISE SCHEDULED FOR 5/25/17

RE PROP #        5   --   goodwill, trademarks, trade name, service marks, service name and any other
intangibles belonging to Avana Corp.

Initial Projected Date of Final Report (TFR): 03/16/2018          Current Projected Date of Final Report (TFR): 10/01/2017

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-01096 | Trustee Name: V. JOHN BROOK, JR. | |
| Case Name: Avana Corporation | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX9396 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0200 | Blanket Bond (per case limit): $40,278,000.00 | |
| For Period Ending: 11/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/03/16 | 2 | BAY AREA AUCTION | AUCTION PROCEEDS PER DOCKET 16 | 1129-000 | $9,265.00 | | $9,265.00 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,250.00 |
| 10/06/16 | 1001 | BAY AREA AUCTION SERVICES, INC 8010 US HWY 19 N PINELLAS PARK, FL  33781 | Auctioneer fees per docket 20 | 3610-000 | | $926.50 | $8,323.50 |
| 10/06/16 | 1002 | BAY AREA AUCTION SERVICES, INC 8010 US HWY 19 N PINELLAS PARK, FL  33781 | Auctioneer expenser per docket 20 | 3620-000 | | $953.00 | $7,370.50 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,355.50 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,340.50 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,325.50 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,310.50 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,295.50 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,280.50 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,265.50 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,250.50 |
| 06/09/17 | 5 | EXXON LIGHTING CORPORATION Compromise settlement | COMPROMISE OF LAWSUIT dkt 32 | 1149-000 | $3,000.00 | | $10,250.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals:                      $12,265.00          $2,014.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-01096
Case Name: Avana Corporation

Taxpayer ID No: XX-XXX0200
For Period Ending: 11/17/2017

Trustee Name: V. JOHN BROOK, JR.
Bank Name: Union Bank
Account Number/CD#: XXXXXX9396
Checking
Blanket Bond (per case limit): $40,278,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,235.50 |
| 07/24/17 | 5 | GERALD ROOKS | COMPROMISE OF LAWSUIT dkt 32 | 1149-000 | $1,500.00 | | $11,735.50 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $11,720.50 |
| 08/25/17 | 5 | GERALD ROOKS | COMPROMISE OF LAWSUIT DKT 32 Compromise | 1149-000 | $3,000.00 | | $14,720.50 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.71 | $14,704.79 |

| | | |
|---|---|---|
| COLUMN TOTALS | $16,765.00 | $2,060.21 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,765.00 | $2,060.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,765.00 | $2,060.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $4,500.00 $45.71

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9396 - Checking | $16,765.00 | $2,060.21 | $14,704.79 |
| | $16,765.00 | $2,060.21 | $14,704.79 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,765.00 |
| Total Gross Receipts: | $16,765.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:16-bk-01096-MGW                                                           Date: November 17, 2017
Debtor Name: Avana Corporation
Claims Bar Date: 6/20/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/07/2016 Money loaned 8590 | $0.00 | $3,065.10 | $3,065.10 |
| 2 300 7100 | American Express Bank, Fsb C/O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/14/2016 Credit card 1001 | $0.00 | $17,823.21 | $17,823.21 |
| 3 300 7100 | Thomas P. Molitor 835 S. Osprey Avenue #302 Sarasota, Fl 34236 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/02/2016 Shareholder loan debt 5365 | $0.00 | $62,000.00 | $62,000.00 |
| | Case Totals | | | $0.00 | $82,888.31 | $82,888.31 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                          Printed: November 17, 2017

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:16-bk-01096-MGW
Case Name: Avana Corporation
Trustee Name: V. JOHN BROOK, JR.

Balance on hand           $     14,704.79

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: V. JOHN BROOK, Jr. | $ 2,426.50 | $ 0.00 | $ 2,426.50 |
| Trustee Expenses: V. JOHN BROOK, Jr. | $ 81.81 | $ 0.00 | $ 81.81 |
| Attorney for Trustee Fees: DAVID MCEWEN | $ 6,705.00 | $ 0.00 | $ 6,705.00 |
| Attorney for Trustee Expenses: DAVID MCEWEN | $ 247.04 | $ 0.00 | $ 247.04 |
| Accountant for Trustee Fees: P. A. JUDITH D. SMITH OF JUDITH D. SMITH, CPA | $ 1,360.00 | $ 0.00 | $ 1,360.00 |
| Charges: CLERK US BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses    $ 11,170.35

Remaining Balance    $ 3,534.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,888.31  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 3,065.10 | $ 0.00 | $ 130.70 |
| 2 | American Express Bank, Fsb | $ 17,823.21 | $ 0.00 | $ 760.00 |
| 3 | Thomas P. Molitor | $ 62,000.00 | $ 0.00 | $ 2,643.74 |

Total to be paid to timely general unsecured creditors $                 3,534.44

Remaining Balance $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE